■ In the Matter of CHARMAINE M., a Person Alleged to be a Juvenile Delinquent, Appellant. [3 NYS3d 603]—Order of disposition, Family Court, Bronx County (Gayle P. Roberts, J.), entered on or about February 27, 2014, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that she committed acts that, if committed by an adult, would constitute the crimes of grand larceny in the fourth degree and criminal possession of stolen property in the fifth degree, and placed her with the Administration for Children's Services for a period of 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning credibility. Appellant and another girl placed themselves in very close proximity to the victim, on opposite sides of her, while a third girl stole the victim's phone. Appellant then fled with the other girls. This evidence supports an inference that appellant was no mere onlooker, but was an intentional participant in the theft, whose role was to block the victim or otherwise render assistance as needed (*see Matter of Antoine C.*, 124 AD3d 433 [1st Dept 2015]). Concur—Gonzalez, P.J., Acosta, Moskowitz, Richter and Feinman, JJ.